# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| CAMERON KEMP | CIVIL ACTION NO. 24-752-P |
| VERSUS | DISTRICT JUDGE HICKS |
| TEVIS WASHINGTON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 6), and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law:

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of September, 2024.

**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**